IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANSAR EL MUHAMMAD,** | 2:21-cv-00892-TLN-JDP (PC) |
| Plaintiff, | ~~**(PROPOSED)**~~ **ORDER** |
| v. | |
| **SOLANO, et al.,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to February 6, 2023.

IT IS SO ORDERED.

Dated:   November 21, 2022                          _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE