UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOLANO, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00892-TLN-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR A SECOND SETTLEMENT CONFERENCE<br><br>ECF No. 41 |

　　　Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  He has filed a motion asking that this case be set for a second settlement conference.  ECF No. 41.

　　　The undersigned has reviewed the docket and believes that at this time a settlement conference would be unlikely to be productive.  Accordingly, plaintiff's request to set another settlement conference, ECF No. 41, is denied without prejudice.

IT IS SO ORDERED.

Dated:　May 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1