UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-0892-TLN-JDP (P)<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 4, 2024, the magistrate judge filed findings and recommendations which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. This deadline has passed and neither party has filed objections to the findings and recommendations.

　　　　The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be

1

supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2024, (ECF No. 46), are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the September 18, 2024 order (ECF No. 45);
3. Defendants' motion for summary judgment, (ECF No. 44), is DENIED as moot;
4. Defendants' motion for leave to file a second summary-judgment motion, (ECF No. 43), is DENIED as moot; and
5. The Clerk of Court is directed to close the case.

DATE: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE